AGNES M. HOHMAN, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Hohman* v. *N. Y. C. & H. R. R. R. Co.*, 100 App. Div. 17, affirmed.
(Argued March 15, 1906; decided April 3, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 7, 1904, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*J. W. Shea* for appellant.

*Henry Purcell* for respondent.

Order affirmed and judgment absolute ordered against plaintiff on the stipulation, with costs in all courts ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Not sitting : GRAY, J.